SEALED  FILED

BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

MAY 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 617 MARIPOSA AVENUE, GERBER, CA 96035; A SILVER NISSAN PICKUP TRUCK (CA 6L60117); AND A GREY FORD PICKUP TRUCK (CA 04453J1)

CASE NO. 2:14-SW-297 AC

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant application and affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

IT IS SO ORDERED.

Dated: 5/6/14

_____
HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

1