1  BENJAMIN B. WAGNER
   United States Attorney
2  NAME OF ATTORNEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUN 0 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:14-SW-297 AC
   | OF THE UNITED STATES OF AMERICA TO |
12 | SEARCH THE PREMISES LOCATED AT |
   | 617 MARIPOSA AVENUE, GERBER, CA | [PROPOSED] ORDER TO UNSEAL SEARCH
13 | 96305; A SILVER NISSAN PICKUP TRUCK | WARRANT AND SEARCH WARRANT
   | (CA 6L60117); AND A GREY FORD PICKUP | AFFIDAVIT
14 | TRUCK (CA 04453J1) |

15

16    The government's request to unseal the Search Warrant and this case is GRANTED.

17

18  Dated: June 2, 2014

19                                           _____
                                             HON. EDMUND F. BRENNAN
20                                           UNITED STATES MAGISTRATE JUDGE